

Chris Pey, Esq.
Partner, New York office

445 Park Avenue
Ninth Floor
New York, New York 10022

Direct: (646) 233-2533

chris.pey@fisherbroyles.com

July 16, 2018

<u>VIA PACER</u>

Hon. Jesse M. Furman, Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

   Re: <u>*A Base IX Co, LLC v. Sell It Social, LLC et al*, Case No. 2:17-cv-03990-JMF</u>

     <u>Status Report Pursuant to January 9, 2018 Order</u>

Dear Judge Furman:

Pursuant to the Court's order of January 9, 2018, the parties hereby submit a status report on the above action. The related action in the Central District of California, *A Base IX Co., LLC v. S&J Apparel, Inc*., Case No.: 2:17-CV-003920-SJO-GJS, remains pending in that court in the discovery phase.

As of the date of this letter, the parties have engaged in settlement discussions on a regular basis over the past two months. At this point the parties have come to an agreement to settle the action, and are drafting a settlement agreement acceptable to both parties.

The undersigned Chris Pey hereby certifies that I have permission of Defendant's attorney to file this letter on his behalf.

  Respectfully submitted,

  _____/s/_____   _____/s/_____
  Eliad S. Shapiro, Esq.   Chris Pey, Esq.
  Smith & Shapiro     FisherBroyles, LLP
  116 East 27th Street    445 Park Avenue
  New York, NY 10016   New York, NY 10022
  (212) 685-6400     (646) 233-2533
  Attorneys for Defendants  Attorneys for Plaintiff A Base IX Co., LLC
  Porta Bella, Inc.,
  Porta Bella Holding Co., Inc., et al